IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIOLA WARD,

        Plaintiff,

  v.

ELI LILLY AND COMPANY,

        Defendant.
_____/

No. C 06-0039 CW

ORDER TEMPORARILY STAYING ACTION

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Eastern District of New York (MDL 1596, <u>In Re Zyprexa Products Liability Litigation</u>) for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 3/27/06

                                                     _____
                                                     CLAUDIA WILKEN
                                                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California